JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAH TOUTOUNCHIAN, et al.,<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>PRINCESS CRUISE LINES, LTD., et al.,<br>　　　　Defendants. | CV 20-3717 DSF (AGRx)<br><br>JUDGMENT |

　　The Court having granted summary judgment in favor of Defendants,

　　IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:　June 13, 2022

　　　　　　　　　　　　　　　　　　_/s/ Dale S. Fischer_
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge