JS-6

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FARAH TOUTOUNCHIAN AND
MOHAMMED TOUTOUNCHIAN

       Plaintiff,

  v.

PRINCESS CRUISE LINES LTD.,
CARNIVAL CORP., and DOES 1 to
10, inclusive,
    Defendants.

Case No.: 2:20-cv-03717-DSF-AGR

**The Honorable Dale S. Fischer**

**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**

# ORDER

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs, Farah Toutounchian and Mohammed Toutounchian, by and through their counsel of record, hereby requests dismissal of this matter with prejudice.  Defendants, Princess Cruise Lines Ltd., and Carnival Corp ("Defendants"), by and through its counsel of record, hereby stipulate to Plaintiff's request. Each of the parties agrees that it shall bear its own costs and attorneys' fees associated with this matter.

IT IS SO ORDERED.

Dated: _____July 15_____, 2022

_____
The Honorable Dale S. Fischer.
United States District Court Judge